IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03272-REB-BNB

CELESTE TRUJILLO,

Plaintiff,

v.

BRISTOL GROUP, INC., a/k/a Chebat Portfolio Management, LLC,

Defendant.

---

### MINUTE ORDER
---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

　　Pursuant to the filing of the **Notice of Settlement** [docket no.10, filed March 7, 2014], it has come to the attention of the Court that this matter has been resolved.

　　IT IS ORDERED that the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed.R.Civ.P. 41(a) on or before **April 7, 2014**, or a status report addressing why dismissal has not been accomplished.

　　IT IS FURTHER ORDERED that all future hearings set before Magistrate Judge Boland are **vacated**.

DATED:  March 7, 2014